ACCEPTED
03-14-00035-CV
7174034
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/30/2015 4:27:07 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00035-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/30/2015 4:27:07 PM
JEFFREY D. KYLE
Clerk

**In the Third Court of Appeals of Texas**

**In the Estate of**
**Evelyn Landua Koehler, Deceased**

An Appeal from County Court at Law No. 1 of Bell County, Texas
The Honorable Judge Edward Johnson, Presiding
Trial Court Cause No. 29,462

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Tex. R. App. P. 6.1(c), Appellee, Kanda Koehler, files this

Notice of Appearance of Counsel on appeal:

1.      Appellee designates the following attorney as lead counsel on appeal:

Jack R. Crews
Baird, Crews, Schiller & Whitaker, P.C.
State Bar No. 09072300
15 North Main Street
Temple, Texas 76501
(254) 743-7320 (voice)
(254) 774-9353 (fax)
jackcrews@bcswlaw.com

2.      Kenneth R. Valka and Benjamin D. Burnett will be co-counsel on appeal:

Kenneth R. Valka
Baird, Crews, Schiller & Whitaker, P.C.
State Bar No. 20435300

15 North Main Street
Temple, Texas 76501
(254) 743-7350 (voice)
(254) 774-9353 (fax)
kenvalka@bcswlaw.com

Benjamin D. Burnett
Baird, Crews, Schiller & Whitaker, P.C.
State Bar No. 24072012
15 North Main Street
Temple, Texas 76501
(254) 743-7324 (voice)
(254) 774-9353 (fax)
benjaminburnett@bcswlaw.com

3.      Appellee requests that the parties to this Appeal take notice of this designation, and that both the Court and the parties send notices or any other communications regarding this appeal to the appropriate counsel noted above.

Respectfully submitted,

BAIRD, CREWS, SCHILLER & WHITAKER, P.C.


By:  /s/ Jack R. Crews
    **JACK R. CREWS**
    State Bar Card No.:  05072300
    (254) 743-7320 – Direct
    E-mail: jackcrews@bcswlaw.com
    **KENNETH R. VALKA**
    State Bar Card No.:  20435300
    (254) 743-7350 – Direct
    E-mail: kenvalka@bcswlaw.com
    **BENJAMIN D. BURNETT**
    State Bar Card No.:  24072012
    (254) 743-7324 – Direct
    E-mail: benjaminburnett@bcswlaw.com

    15 North Main Street
    Temple, Texas 76501
    Fax:  (254) 774-9353

    ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was sent to the person(s) named below pursuant to Tex. R. App. P. 9.5(b) on September 30, 2015:

Robert Little
Kristen A. Mynar
Naman, Howell, Smith & Lee, PLLC
400 Austin Ave., Ste. 800
Waco, Texas 76701
*ATTORNEYS FOR APPELLANT*

/s/ Ben Burnett
BENJAMIN D. BURNETT
